IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR-21-275-C |
| | ) | |
| DEAN ALEXANDER MACK, | ) | |
| a/k/a Dante Maxey, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

The Court has reviewed the United States' Motion for a Final Order of Forfeiture (Doc. No. 298). The Court finds:

Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), this Court entered a Preliminary Order of Forfeiture based on Defendant's plea providing for the forfeiture of Defendant's right, title and interest in the below-described property, and the Court's finding of requisite nexus between the property and the offense committed by Defendant.

      A.    a Smith & Wesson, model SD9 VE, 9mm caliber pistol, bearing serial number FWR6258; and

      B.    any and all ammunition and magazines not specified herein.

The Court's Order further directed the United States to provide notice to any persons known to assert an interest, as well as publishing notice stating the intent of the United States to dispose of the property in accordance with the law, and further notifying all third

parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Notice of this forfeiture and the requirements for filing a claim for the property was published on the government's website at www.forfeiture.gov for thirty (30) consecutive days beginning on September 28, 2022, and ending on October 27, 2022, for at least 18 hours per day. A copy of the Preliminary Order of Forfeiture was also provided to the following parties:

(a) Jay D. Husbands, Attorney for Defendant, by Notice of Electronic Filing on September 27,2 022 (Doc. 253); and

(b) Dante Maxey, c/o Grady County Jail, by certified mail, receipt number 7021 2720 0000 4541 5862, on October 3, 2022 (*see* Doc. 298-2, *Certified Mail Domestic Return Receipt and Certified Mail Receipt*).

It appears from the record that no third party made any claim to or declared any interest in the above-described forfeited property as required by the ancillary provision of 21 U.S.C. § 853(n). Therefore, any third-party interests are barred by failure of those parties to file a petition.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, free and clear of the claims of any person, including Defendant Dean Alexander Mack, and shall be disposed of according to law.

That upon entry of this Order, the U.S. Department of Homeland Security, or other appropriate federal agency is directed to deliver the above-described property to the United States of America for disposition according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purposes of enforcing this Order.

**IT IS SO ORDERED** this 14th day of December 2022.

ROBIN J. CAUTHRON
United States District Judge